UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY B. GOLD-DWARES,
Plaintiff,

v.

INTERNATIONAL RAM ASSOCIATES, LLC., Alias ABC Corporation, AMERICAN AIRLINES, INC., Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIR LINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS, INC., Alias QRS Corporation, AMERICA WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, AIR CANADA, Alias 789 Corporation,
Defendants.

C.A. No. KC06-664

CA 06 379T

**NOTICE OF REMOVAL**

Defendant US Airways, Inc. ("Defendant" or "US Airways"), for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, states:

1. **State Court Action.** This is an action filed on or about July 20, 2006 in the Superior Court, County of Kent, State of Rhode Island, being numbered C.A. No. KC06-664, on the docket of said Court and being a suit by Plaintiff Shirley B. Gold-Dwares ("Plaintiff") against US Airways.

2. **Federal Jurisdiction.** As alleged in paragraph 1 of the Complaint, Plaintiff is a resident of the City of Warwick, County of Kent, Rhode Island. Defendant Northwest is a Minnesota corporation, with its principle place of business in Egan, Minnesota. Defendant International Ram Associates, LLC., is a Texas Corporation with its principle place of business in Austin, Texas. Defendant American Airlines, Inc., is a Delaware Corporation with its principle place of business in Fort Worth, Texas. Defendant Continental Airlines, Inc., is a Delaware corporation with its principle place of business in Houston, Texas. Defendant Unites Air Lines, Inc., is a Delaware corporation, with its principle place of business in Elk Grove, Illinois. Defendant Cape Air, Inc., is a Massachusetts corporation, with its principle place of business is Wellesley, Massachusetts. Defendant US Airways is a Delaware corporation, with its principle place of business in Phoenix, Arizona. Defendant America West Airlines, Inc., is a Delaware corporation with its principle place of business in Arizona. Defendant New England Airlines, Inc., is a Rhode Island corporation whose addition to this matter was solely for the purpose of defeating diversity. As such, US Airways will file a motion to dismiss. Defendant Southwest Airlines, Co., is a Texas corporation, with its principle place of business in Dallas, Texas. Defendant Air Canada is a Canadian corporation, with its principle place of business in Montreal, Quebec, Canada. Furthermore, on information and belief, the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs. Accordingly, this Court has original jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a), and the above-described civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3. **Timeliness of Removal Petition.** Defendant US Airways was served a copy of the Complaint on August 8, 2006. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. **Relief Requested.** Defendant respectfully requests that the United States District Court for the District of Rhode Island accept this Petition for Removal, and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

US Airways, Inc.

By its Attorneys,

Armando Batastini (CFT)

Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 25 th day of August, 2006, I caused a true copy of the within Notice of Removal to be mailed by first class mail, postage prepaid, to the following counsel of record:

Stephen M. Rappoport, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914

Caroline Turcotte



PRV_828871_1/CFTURCOTTE