UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY B. GOLD-DWARES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC., Alias ABC Corporation, AMERICAN AIRLINES, INC.,Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIR LINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS, INC., Alias QRS Corporation, AMERICAN WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, AIR CANADA, Alias 789 Corporation,<br><br>Defendants. | C. A. NO. CA06-379T |

**CONSENT TO REMOVE**

Defendants, United Airlines, Inc. and Southwest Airlines Co. consent to the removal of this action to United States District Court for the District of Rhode Island.

UNITED AIRLINES, INC. and
SOUTHWEST AIRLINES CO.

By their Attorneys,

Howard A. Merten, Esq.
Lisa Martinelli, Esq.
Bar No. #6350
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200