UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY B. GOLD-DWARES,

Plaintiff,

v.

INTERNATIONAL RAM ASSOCIATES, LLC., Alias ABC Corporation, AMERICAN AIRLINES, INC.,Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIR LINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS, INC., Alias QRS Corporation, AMERICAN WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, AIR CANADA, Alias 789 Corporation,

Defendants.

C. A. NO. CA06-379T

**CONSENT TO REMOVE**

Defendant, American Airlines, Inc. consents to the removal of this action to United States District Court for the District of Rhode Island.

AMERICAN AIRLINES, INC.

By its Attorneys,

Gordon P. Cleary, Esq.
Bar No.
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060