UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC., Alias ABC Corporation, AMERICAN AIRLINES, INC.,Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIR LINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS, INC., Alias QRS Corporation, AMERICA WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, AIR CANADA, Alias 789 Corporation,<br><br>Defendants. | ) | C. A. NO. 06-379T |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 28th day of August, 2006, I caused true copies of Consents to Remove for Defendants, International Ram Associates, LLC, American Airlines, Inc., Continental Airlines, Inc., United Airlines, Inc., Southwest Airlines Co., New England Airlines, Inc., Northwest Airlines, Inc., and Air Canada, to be mailed by first class mail, postage prepaid, to the following counsel of record:

Stephen M. Rappoport, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914

Armando E. Batastini

PRV_831654_1/NWINNING