UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. KC06-664 |
| | ) | |
| INTERNATIONAL RAM ASSOCIATES, LLC., Alias ABC Corporation, AMERICAN AIRLINES, INC., Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIR LINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS, INC., Alias QRS Corporation, AMERICA WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, AIR CANADA, Alias 789 Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>LOCAL RULE 36(b) STATEMENT</u>**

Pursuant to Local Rule 36(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State court records and proceedings, including a certified copy of the State court docket entries, in the matter of <u>Shirley B. Gold-Dwares v. International Ram Associates, et. al</u>, C.A. No. KC06-664.

US AIRWAYS, INC.

By its Attorneys,

[signature]

Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of August, 2006, I caused a true copy of the within Local Rule 36(b) Statement to be mailed by first class mail, postage prepaid, to the following counsel of record:

Stephen M. Rappoport, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914