STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-0664 SHIRLEY GOLD-DWARES V INTERNATIONAL RAM ASSOCIATES

Filing Date: 07-20-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 08-25-2006

Plaintiff: SHIRLEY DWARES - GOLD
ID: @10852296

Attorney: STEPHEN RAPPOPORT

Defendant: INTERNATIONAL RAM ASSOCIATES
ID: @10852297

Attorney: TIMOTHY DUGGAN

Defendant: ABC CORPORATION
ID: @10852298
Defendant: AMERICAN AIRLINE INC
ID: @10852299
Defendant: EFG CORPORATION
ID: @10852300
Defendant: CONTINENTAL AIRLINES INC
ID: @10852301
Defendant: HIJ CORPORATION
ID: @10852302
Defendant: UNITED AIR LINES INC
ID: @10852303
Defendant: KLM CORPORATION
ID: @10852304
Defendant: CAPE AIR INC
ID: @10852306
Defendant: NOP CORPORATION
ID: @10852307
Defendant: US AIRWAYS INC
ID: @10852308
Defendant: QRS CORPORATION
ID: @10852309
Defendant: AMERICA WEST AIRLINES INC
ID: @10852311
Defendant: TUV CORPORATION
ID: @10852312
Defendant: NEW ENGLAND AIRLINES INC
ID: @10852313
Defendant: WXY CORPORATION
ID: @10852314
Defendant: NORTHEST AIRLINES INC
ID: @10852316
Defendant: 123 CORPORATION
ID: @10852317
Defendant: SOUTHWEST AIRLINES CO.
ID: @10852318
Defendant: 456 CORPORATION

True Copy Attest
Clerk of Superior Court

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-0664 SHIRLEY GOLD-DWARES V INTERNATIONAL RAM ASSOCIATES

456 CORPORATION
ID: @10852319
Defendant: AIR CANADA
ID: @10852322
Defendant: 789 CORPORATION
ID: @10852323

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-20-2006 | COMPLAINT FILED | |
| 07-20-2006 | INITIAL FILING FEE | |
| 07-20-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK53349. |
| 08-01-2006 | SUMMONS,PROOF OF SERVICE FILED | 6 FILED<br>Affiliated: INTERNATIONAL RAM ASSOCIATES<br>Affiliated: NORTHEST AIRLINES INC |
| 08-17-2006 | SUGGESTION OF BANKRUPTCY FILED | Affiliated: INTERNATIONAL RAM ASSOCIATES |
| 08-17-2006 | ANSWER FILED | |
| 08-17-2006 | CLAIM OF JURY TRIAL FILED | Affiliated: INTERNATIONAL RAM ASSOCIATES |
| 08-21-2006 | STIPULA FILED,EXTEN OF TIME | DEFTS UNITED AIRLINES CORP & SOUTHWEST AIRLINES CO HAS UNTIL 09-05-06 TO ANSWER |
| 08-23-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: AIR CANADA<br>Affiliated: US AIRWAYS INC |
| 08-25-2006 | NOTICE OF REMOVAL | |
| 08-25-2006 | OTH DOC FILED DURING DISCOV | |
| 08-25-2006 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island