# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY B. GOLD-DWARES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC., Alias ABC Corporation, AMERICAN AIRLINES, INC., Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIR LINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS, INC., Alias QRS Corporation, AMERICA WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, AIR CANADA, Alias 789 Corporation,<br><br>Defendants. | C.A. No. 06-379 T |

**AFFIDAVIT OF WILLIAM BENDOKAS**

I, William Bendokas, being duly sworn, do depose and state as follows:

1. I am the President of New England Airlines, Inc. ("New England"). As such, I have personal knowledge of all facts attested to herein unless otherwise stated.

2. New England is an airline based in Westerly, Rhode Island, whose sole scheduled destination is Block Island, Rhode Island.

3. New England operates primarily out of the Westerly State Airport.

4. New England is not a party to any lease regarding the Main Terminal at Theodore Francis Green Airport ("T.F. Green").

5. On the limited occasions that New England flies charter flights out of T.F. Green, it does so using the Northstar facility.

6. The Northstar facility is unconnected to the Main Terminal and is on the other side of the runway from the Main Terminal building.

7. Shirley Gold-Dwares was not a passenger of or otherwise had any relationship with New England.

William Bendokas

STATE OF RHODE ISLAND
COUNTY OF Washington

Subscribed and sworn to, before me, this 30 day of August, 2006.

Notary Public
My Commission Expires: JILLIAN DEAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8-22-09