**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC.,<br>Alias ABC Corporation,<br>AMERICAN AIRLINES, INC.,<br>Alias EFG Corporation,<br>CONTINENTAL AIRLINES, INC.,<br>Alias HIJ Corporation,<br>UNITED AIR LINES, INC.<br>Alias KLM Corporation,<br>CAPE AIR, INC., Alias NOP Corporation,<br>US AIRWAYS, INC., Alias QRS Corporation,<br>AMERICA WEST AIRLINES, INC.,<br>Alias TUV Corporation,<br>NEW ENGLAND AIRLINES, INC.,<br>Alias WXY Corporation,<br>NORTHWEST AIRLINES, INC.,<br>Alias 123 Corporation,<br>SOUTHWEST AIRLINES, CO.,<br>Alias 456 Corporation,<br>AIR CANADA, Alias 789 Corporation<br><br>Defendants. | ) | C.A. No. 06-379T |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO REMAND ACTION TO STATE COURT UNDER 28 § 1147.**

## I. FACTS

On May 14, 2005, the Plaintiff Shirley B. Gold-Dwares was at the Theodore Francis Green Airport (hereinafter "TF Green") in Warwick, Rhode Island. The Plaintiff was severely burned when, as a passenger in a wheelchair, she was pushed by an employee of the Defendant International Ram Associates, LLC., to the baggage area for Southwest Airlines.

The Plaintiff brought the instant action against the above named defendants on July 20, 2006. Many of the Defendants were added to this action based on a letter from Defendant International Ram Associates LC which indicated that all of the airlines that use TF Green own the wheel chair upon which the Plaintiff was injured. (See Plaintiff's Exhibit A).

A notice of Removal was filed on August 25, 2006 by the Defendant US Airways who alleges they were served with the complaint on August 8, 2006. This request for remand is filed within thirty days of the notice of removal and therefore timely.

## II. APPLICABLE LAW ON MOTIONS TO REMAND BASED ON DIVERSITY OF CITIZENSHIP.

"The district courts of the United States, as we have said many times, are 'courts of limited jurisdiction. They possess only that power authorized by Constitution and statute,'. . . In order to provide a neutral forum for what have come to be known as diversity cases, Congress also has granted district courts original jurisdiction in civil actions between citizens of different States, between U.S. citizens and foreign citizens, or by foreign states against U.S. citizens. . . To ensure that diversity jurisdiction does not flood the federal courts with minor disputes, § 1332(a) requires that the matter in controversy in a diversity case exceed a specified amount, currently $75,000. . . ." Exxon Mobil Corp. v. Allapattah Services, Inc., 545 U.S. 546, 125 S.Ct. 2611 (2005)(Internal citations omitted).

If an action is removed to United States District Court based on diversity of citizenship if there is not complete diversity of citizenship amongst the defendants or the Plaintiff's claim is for less than $75,000.00, the matter should be remanded to state court for further proceedings. 28 U.S.C. § 1447.

**A. Plaintiff's claims do not meet the jurisdictional threshold.**

In St. Paul Mercury Indemnity Co. v. Red Cab Co., 303 U.S. 283, 58 S.Ct. 586, 82 L.Ed. 845 (1938), our Supreme Court first proclaimed the test used for determining whether a party has met the amount-in-controversy minimum. In that case, the Court stated that: "The rule governing dismissal for want of jurisdiction in cases brought in the federal court is that, unless the law gives a different rule, the sum claimed by the plaintiff controls if the claim is apparently made in good faith. It must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal." Id. at 288-89, 58 S.Ct. 586 (footnotes omitted)

The Courts, are nonetheless, "mindful that the party invoking the jurisdiction of a federal court carries the burden of proving its existence." Taber Partners, I v. Merit Builders, Inc., 987 F.2d 57, 60 (1st Cir.), cert. denied, 510 U.S. 823, 114 S.Ct. 82, 126 L.Ed.2d 50 (1993).

In this instance, the plaintiff's claim does not approach Seventy Five Thousand Dollars ($75,000.00) in damages. The Plaintiff was injured while she was a passenger in a wheelchair at TF Green Airport pushed by an employee of International Ram Associates, LLC to the Southwest Airlines baggage area. While riding in the chair, the skin on her left buttock was severely burnt when it made contact with a metal portion of the chair.

The total amount of the Plaintiff's medical expenses is $2,723.00. The Plaintiff was retired at the time the incident occurred and lost no wages. The Plaintiff completely healed without any permanent scarring, receiving medical treatment for six weeks or so after the incident. The demand submitted by the Plaintiff for resolution of this matter was in the amount of $37,500.00, well below the $75,000.00 needed to support subject matter jurisdiction by this Honorable Court.(See Exhibit B.)

Based on the above information, there is no way, as a matter of law, that the Plaintiff could recover anywhere near Seventy Five Thousand Dollars ($75,000.00) in damages from the Defendants. Accordingly, the Plaintiff request that this Honorable Court remand this matter to the Kent County Superior Court in the State of Rhode Island for further proceedings.

**B. Diversity of citizenship:**

Defendants New England Airlines, Inc., and US Airways, Inc., allege that New England Airlines was added as a defendant in this action in order to defeat diversity jurisdiction. In a letter to Plaintiff's counsel dated October 28, 2005, First Mercury Insurance Company, on behalf of its insured International Ram Assoc., LC states "Through this investigation it has come to our attention that the wheel chair # 60 used to push Ms. Dwares is not owned by our insured but owned by all of the airlines that use Theodore Francis Green Airport including: Air Canada, American Airlines, Cape Air, Continental Airlines, Northwest Airlines, Southwest Airlines, United Airlines, America West/US Airways Corp. Hdqts, and New England Airlines." (See Plaintiff's Exhibit A). New England Airlines was added as a defendant to this action because Defendant International Ram Associates, LC, via its insurer pointed the finger at it, not because Plaintiff independently sought to defeat diversity jurisdiction from this court by adding this defendant.

Incidentally, and despite Defendant New England Airlines protestations to the contrary, the Webcite for New England Airlines states: "Flying to Block Island from L.A., Washington, or Timbuktu, New England Airlines will arrange a private charter to meet your arriving airline flight and whisk you to Block Island from any one of the nearby major airports such as Providence, Hartford, Boston, or New York." (See Plaintiff's exhibit C). As this Court is aware, TF Green, although located in Warwick, Rhode Island is frequently referred to as Providence's Airport and

there is no actual airport in Providence, Rhode Island. There is no way that the Plaintiff can know at this time if the allegations made by Defendant International Ram Associates, LC about the wheel chairs is correct or not. Plaintiff, has the right, however, to rely on that assertion in filing its pleadings with the Court.

As New England Airlines, Inc. is incorporated in the State of Rhode Island, its addition as a defendant in this matter defeats diversity jurisdiction because there is incomplete diversity of citizenship of all of the defendants named in this action. 28 U.S.C. § 1332(a)(1).

The Plaintiff, therefore, request that this Honorable Court remand this matter back to the Kent County Superior Court where it was initially filed for further proceedings.

## **III. CONCLUSION**

For the aforementioned reasons, the Plaintiff request that this Honorable Court remand this matter back to the Superior Court for the State of Rhode Island in the County of Kent as neither diversity of citizenship amongst the defendants nor the requisite amount in controversy exist.

Plaintiff additionally seeks attorneys fees, cost and the actual expenses for filing this motion to remand and such other relief as the Court may order.

Respectfully submitted,
Plaintiff Shirley B. Gold-Dwares,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

__/S/__Sonja L. Deyoe_________
Stephen M. Rappoport, Esq., # 1250
Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: rdclaw@cox.net
sldeyoe@fullchannel.net

**CERTIFICATION**

I, the undersigned, hereby certify that this document has been electronically filed on this 11 day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Armando E. Batastini
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
abastastini@eapdlaw.com

Timothy J. Duggan, Esq.,
Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02062
tjd@dcclawyers.com

Gordon P. Cleary, Esq.,
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
gcleary@vetterandwhite.com

Howard A. Merten, Esq.,
Lisa M. Martinelli, Esq.,
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

Patrick B. Landers, Esq.,
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
patrick.landers@wilsonelser.com

/s/ Sonja L. Deyoe

**PLAINTIFF'S EXHIBIT A**

*First Mercury Insurance Company*

October 28, 2005

Mr. Stephen Rappoport
Rappoport, DeGiovanni & Caslowitz, Inc. 989 Watenl1all Ave.
East Providence, Rhode Island 02914-1314

| | | |
|---|---|---|
| Re: | Our Insured: | International Ram Assoc. |
| | My file: | LC8446 |
| | Claimant: | Shirley Gold Dwares |
| | Date of Loss: | 5-14-2005 |
| | Our policy: | FMMI005015 |

Dear Mr. Rappoport:

We have conducted an investigation into the above captioned matter which involved the above claimant who alleges she was burned on her left buttocks while being pushed in a faulty wheel chair at the Theodore Francis Green Airport in Rhode Island. .

Through this investigation it has come to our attention that the wheel chair #60 used to push Ms. Dwares is not owned by our insured but owned by all the airlines that use Theodore Francis Green Airport including: Air Canada, American Airlines, Cape Air, Continental Airlines, Northwest Airlines, Southwest Airlines, United Airlines, America West/Us Airways Corp. Hdqts. and New England Airlines.

Therefore we cannot find any negligence on the behalf of our insured International Ram Associates. We will not be able to honor your clients claim we regret we could not inform you more favorably.

Very truly yours,

First Mercury Insurance Company

Nelia Winkler Claim Adjuster

29621 Northwestern Hwy. . P.O. Box 5096 . Southfield, MI 48086 . 248-358-4010 . Fax: 248-358-2459

**PLAINTIFF'S EXHIBIT B**


# Rappoport, DeGiovanni & Caslowitz, Inc

989 Waterman Avenue , East Providence ,Rhode Island 02914 -1314 (401) 437-3000

Stephen M. Rappoport*
Jack R. DeGiovanni, Jr. *
Andrew S. Caslowitz
David D. Bagus*

Sonja L. Deyoe

*Also Member Massachusetts Bar
Of Counsel:
Joseph P. Casale*


September 22, 2005

Mr. Frank Lesowski
Frontier Adjusters
1090 Eddie Dowling Highway
North Smithfield, RI 02896

RE: Our Client: Shirley Gold Dwares
Your Insured: International RAM Associates
Your Claim No: LC FMM1005015
Date of Loss: 5/14/05

Dear Mr. Lesowski :

Enclosed please find the following updated specials with regard to my client:

1. Dr. Christine Hebert records dated 5/19/05 and 6/24/05 along with a bill totaling $172.00;,
2. VNA of Warwick records dated 5/21/05, 5/24/05, 5/26/05, 5/30/05, 6/12/05, 6/7/05, 6/13/05, 6/17/05, 6/20/05, 6/23/05, 6/27/05, 6/29/05, 6/30105, 7/4/05 and 7/11/05 along with bills totaling $2,551.00;
3. Photographs.

My client has now authorized me to make a demand in the amount of $37,500.00 to settle his case.

Would you please review this matter and get back to me at your earliest convenience.

Very truly yours,

Stephen M. Rappoport

Stephen M. Rappoport

SMR/mgt
Enclosures

Fax (401) 437-3037

**PLAINTIFF'S EXHIBIT C.**



# New England Airlines

## *Block Island's Resident Airline*

Serving Block Island Since 1970

---

- Scheduled flights – Block Island
- Charter flights – for business or pleasure
- Information & Reservations

Daily schedule of flights to Block Island begins at 7:30am (year 'round) from Westerly , RI. New England Airlines has been providing daily scheduled air service to Block Island as a certificated Commuter Airline since 1970 !

Westerly , located just off Interstate 95 is an easy drive, or train ride from anywhere in New England. (AMTRAK serves Westerly with daily trains between Washington/New York and Boston)

The flight from Westerly takes you "away from it all" in 12 short minutes. Quiet countryside, un-crowded beaches, night life, quiet life, gourmet meals, fresh seafood (of course! ) and even pizza -- Block Island has it all.

# Charter flights - for business or

# pleasure

Flying to Block Island from L.A., Washington, or Timbuktu, New England Airlines will arrange a private charter to meet your arriving airline flight and whisk you to Block Island from anyone of the nearby major airports such as Providence, Hartford, Boston, or New York.

Need to leave for an important business meeting? Our charter division will get you there and back.

Charter flights are not only to or from Block Island. New England Airlines is certificated to operate between any points in the "lower 48. "

## Information & Reservations

Call New England Airlines: **1-800-243-2460** ~ **F AX 1-401-596- 7366**

Write: New England Airlines; **56 Airport Road; Westerly , RI 02891**

Schedule and Fare Information

E-Z Form: Get More Information - Make a Flight Reservation
Send Us Your Comments

**E-Mail: FlyBI@biri.com**

---

Return to Block Island Home Page