**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC.,<br>Alias ABC Corporation,<br>AMERICAN AIRLINES, INC.,<br>Alias EFG Corporation,<br>CONTINENTAL AIRLINES, INC.,<br>Alias HIJ Corporation,<br>UNITED AIR LINES, INC.<br>Alias KLM Corporation,<br>CAPE AIR, INC., Alias NOP Corporation,<br>US AIRWAYS, INC., Alias QRS Corporation,<br>AMERICA WEST AIRLINES, INC.,<br>Alias TUV Corporation,<br>NEW ENGLAND AIRLINES, INC.,<br>Alias WXY Corporation,<br>NORTHWEST AIRLINES, INC.,<br>Alias 123 Corporation,<br>SOUTHWEST AIRLINES, CO.,<br>Alias 456 Corporation,<br>AIR CANADA, Alias 789 Corporation<br><br>Defendants. | ) | C.A. No. 06-379T |

**<u>ENTRY OF APPEARANCE.</u>**

I, Sonja L. Deyoe, hereby enter my appearance as co-counsel of record with Attorney Stephen M. Rappoport, for the Plaintiff, Shirley B. Gold-Dwares

Respectfully submitted,
Plaintiff Shirley B. Gold-Dwares,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

__/S/__Sonja L. Deyoe_________

Stephen M. Rappoport, Esq., # 1250
Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: rdclaw@cox.net
sldeyoe@fullchannel.net

**CERTIFICATION**

I, the undersigned, hereby certify that this document has been electronically filed on this 11 day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Armando E. Batastini
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
abastastini@eapdlaw.com

Timothy J. Duggan, Esq.,
Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02062
tjd@dcclawyers.com

Gordon P. Cleary, Esq.,
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
gcleary@vetterandwhite.com

Howard A. Merten, Esq.,
Lisa M. Martinelli, Esq.,
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

Patrick B. Landers, Esq.,
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
patrick.landers@wilsonelser.com

/s/ Sonja L. Deyoe