# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY B. GOLD-DWARES,
Plaintiff

v.

INTERNATIONAL RAM ASSOCIATES, LLC Alias ABC Corporation, AMERICAN AIRLINES, INC. Alias EFG Corporation; CONTINENTAL AIRLINES, INC. Alias HIJ Corporation, UNITED AIR LINES, INC. Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS INC. Alias QRS Corporation, AMERICA WEST AIRLINES, INC. Alias TUV Corporation, NEW ENGLAND AIRLINES, INC. Alias WXY Corporation, NORTHWEST AIRLINES, INC. Alias 123 Corporation, SOUTHWEST AIRLINES, CO. Alias 456 Corporation, AIR CANADA ALIAS 789 Corporation,
Defendants

C.A. No. 06-379 T

## ANSWER OF UNITED AIRLINES, INC.

Now comes Defendant United Airlines, Inc. ("United") and hereby answers Plaintiff's Complaint as follows:

1. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 and therefore calls upon Plaintiff to prove the same.

2. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 and therefore calls upon Plaintiff to prove the same.

3. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 and therefore calls upon Plaintiff to prove the same.

4. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 and therefore calls upon Plaintiff to prove the same.

5. United admits that it is a Delaware corporation with its principal place of business located in Elk Grove Village, Illinois. The remainder of this paragraph sets forth legal conclusions and therefore no response is required.

6. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 and therefore calls upon Plaintiff to prove the same.

7. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 and therefore calls upon Plaintiff to prove the same.

8. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 and therefore calls upon Plaintiff to prove the same.

9. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 and therefore calls upon Plaintiff to prove the same.

10. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 and therefore calls upon Plaintiff to prove the same.

11. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 and therefore calls upon Plaintiff to prove the same.

12. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 and therefore calls upon Plaintiff to prove the same.

13. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 and therefore calls upon Plaintiff to prove the same.

14. United is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 and therefore calls upon Plaintiff to prove the same.

15. The allegations contained in paragraph 15 are not directed to United and therefore no response is required.

16. The allegations contained in paragraph 16 are not directed to United and therefore no response is required.

17. The allegations contained in paragraph 17 are not directed at United and therefore no response is required.

18. The allegations contained in paragraph 18 are not directed at United and therefore no response is required.

19. United denies the allegations contained in paragraph 19.

20. The allegations contained in paragraph 20 are not directed at United and therefore no response is required. To the extent a response is required, United denies same.

21. The allegations contained in paragraph 21 are not directed at United and therefore no response is required.

22. The allegations contained in paragraph 22 contain conclusions of law for which no response is required.

**COUNT II**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16-21 are not directed at United and therefore no response is required.

**COUNT III**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT IV**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT V**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT VI**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT VII**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19. United denies the allegations contained in paragraph 19.

20. United denies the allegations contained in paragraph 20.

21. United denies the allegations contained in paragraph 21.

22. United denies the allegations contained in paragraph 22.

23. United denies the allegations contained in paragraph 23.

24. United denies the allegations contained in paragraph 24.

WHEREFORE, Defendant United demands that Plaintiff's Complaint be dismissed with prejudice and requests any and other such further relief as this Court deems meet and just.

**COUNT VIII**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16. United denies the allegations contained in paragraph 16.

17. United denies the allegations contained in paragraph 17.

18. United denies the allegations contained in paragraph 18.

19. United denies the allegations contained in paragraph 19.

20. United denies the allegations contained in paragraph 20.

21. United denies the allegations contained in paragraph 21.

WHEREFORE, Defendant United demands that Plaintiff's Complaint be dismissed with prejudice and requests any and other such further relief as this Court deems meet and just.

**COUNT IX**

1-18. United restates and realleges their responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT X**

1-15. United restates and realleges their responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT XI**

1-18. United restates and realleges their responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT XII**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT XIII**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT XIV**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT XV**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT XVI**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT XVII**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT XVIII**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT XIX**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT XX**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT XXI**

1-18. United restates and realleges its responses to paragraphs 1 through 18 as if each were fully set forth herein.

19-24. The allegations contained in paragraphs 19 through 24 are not directed at United and therefore no response is required.

**COUNT XXII**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16-21. The allegations contained in paragraphs 16 through 21 are not directed at United and therefore no response is required.

**COUNT XXIII**

1-15. United restates and realleges its responses to paragraphs 1 through 15 as if each were fully set forth herein.

16. Denied to the extent the allegations contained in paragraph 16 are directed at United.

17. Denied to the extent that the allegations contained in paragraph 17 are directed at United.

18. Denied to the extent that the allegations contained in paragraph 18 are directed at United.

19. United denies the allegations contained in paragraph 19.

20. Denied to the extent the allegations contained in paragraph 20 are directed at United.

21. Denied to the extent that the allegations contained in paragraph 21 are directed at United.

WHEREFORE, Defendant United demands that Plaintiff's Complaint be dismissed with prejudice and requests any and other such further relief as this Court deems meet and just.

## **AFFIRMATIVE DEFENSES**

United reserves the right to amend its Answer to include all affirmative defenses which may become known through the course of discovery.

### **First Affirmative Defense**

Plaintiff fails to state a claim upon which relief may be granted.

### **Second Affirmative Defense**

At all times relevant hereto United exercised reasonable care and Plaintiff's injuries (if any) were not foreseeable.

### **Third Affirmative Defense**

The claims of Ms. Gold-Dwares are barred, in whole or in part by her own comparative and/or contributory negligence which the proximate cause of the injuries of which she complains.

**Fourth Affirmative Defense**

Plaintiff's claims against United must fail because her damages were not proximately or actually caused by any acts or omissions of United.

**Fifth Affirmative Defense**

Plaintiff's claims against United must fail in whole or in part due to Plaintiff's failure to mitigate her damages.

UNITED AIRLINES, INC.
By its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Howard A. Merten

Howard A. Merten (#3171)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
lmm@psh.com

DATED: September 11, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the within ANSWER OF UNITED AIRLINES, INC. has been electronically filed with the Clerk of the United States District Court for the District of Rhode Island on this ___ day of September. The following CM/ECF registered participants have received notice electronically:

Stephen M. Rappoport, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
rdclaw@cox.net

Gordon P. Cleary, Esq.
Vetter and White
gcleary@vetterandwhite.com

Patrick B. Landers, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Patrick.landers@wilsonelser.com

Armando E. Batastini, Esq.
Caroline Forrest Turcotte, Esq.
Edwards Angell Palmer & Dodge LLP
abatastini@eapdlaw.com
cfturcotte@eapdlaw.com

A copy of the ANSWER OF UNITED AIRLINES, INC. has been sent by prepaid first class mail addressed to the following non CM/ECF participant(s):

Timothy J. Duggan, Esq.
Duggan & Caccavaro
520 Providence Highway
Suite 4
Norwood, MA 02062

/s/ Howard A. Merten

875203_1