# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY B. GOLD-DWARES<br>Plaintiff<br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC alias ABC Corporation, AMERICAN AIRLINES, INC. alias EFG Corporation; CONTINENTAL AIRLINES, INC. alias HIJ Corporation, UNITED AIR LINES, INC. alias KLM Corporation, CAPE AIR, INC., alias NOP Corporation, US AIRWAYS INC. alias QRS Corporation, AMERICA WEST AIRLINES, INC. alias TUV Corporation, NEW ENGLAND AIRLINES, INC. alias WXY Corporation, NORTHWEST AIRLINES, INC. alias 123 Corporation, SOUTHWEST AIRLINES, CO. alias 456 Corporation, AIR CANADA ALIAS 789 CORPORATION,<br>Defendants | C.A. No. 06-379 T |

## STIPULATION TO EXTEND TIME TO ANSWER

The undersigned parties hereby agree and stipulate that Defendant Southwest Airlines, Co. shall have up to and including September 25, 2006 within which to respond to Plaintiff's Complaint.

| | |
|---|---|
| SOUTHWEST AIRLINES CO. | SHIRLEY B. GOLD-DWARES |
| By Their Attorneys, | By Her Attorneys, |
| PARTRIDGE SNOW & HAHN LLP | RAPPOPORT, DEGIOVANNI & CASLOWITZ, INC. |
| /s/ Howard A. Merten<br>Howard A. Merten (#3171)<br>Lisa M. Martinelli (#6350)<br>180 South Main Street<br>Providence, RI 02903<br>(401) 861-8200<br>(401) 861-8210 FAX | /s/ Sonja L. Deyoe<br>Stephen M. Rappoport (#1250)<br>Sonja L. Deyoe (#6301)<br>989 Waterman Avenue<br>East Providence, RI 02914<br>(401) 437-3000<br>(401) 437-3037 FAX |
| DATED: September 11, 2006 | DATED: September 11, 2006 |

875224_1