**PLAINTIFF'S EXHIBIT A.**

# First Mercury Insurance Company

October 28, 2005

Mr. Stephen Rappoport
Rappoport, DeGiovanni & Caslowitz, Inc. 989 Watenl1all Ave.
East Providence, Rhode Island 02914-1314

| | | |
|---|---|---|
| Re: | Our Insured: | International Ram Assoc. |
| | My file: | LC8446 |
| | Claimant: | Shirley Gold Dwares |
| | Date of Loss: | 5-14-2005 |
| | Our policy: | FMMI005015 |

Dear Mr. Rappoport:

We have conducted an investigation into the above captioned matter which involved the above claimant who alleges she was burned on her left buttocks while being pushed in a faulty wheel chair at the Theodore Francis Green Airport in Rhode Island. .

Through this investigation it has come to our attention that the wheel chair #60 used to push Ms. Dwares is not owned by our insured but owned by all the airlines that use Theodore Francis
Green Airport including: Air Canada, American Airlines, Cape Air, Continental Airlines, Northwest Airlines, Southwest Airlines, United Airlines, America West/Us Airways Corp. Hdqts. and New England Airlines.

Therefore we cannot find any negligence on the behalfofour insured International Ram Associates. We will not be able to honor your clients claim we regret we could not inform you
more favorably.

Very truly yours,

First Mercury Insurance Company

Nelia Winkler Claim Adjuster

29621 Northwestern Hwy. . P.O. Box 5096 . Southfield, MI 48086 . 248-358-4010 . Fax: 248-358-2459