**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY B. GOLD-DWARES

vs.

INTERNATIONAL RAM ASSOCIATES, LLC.,
Alias ABC Corporation,
AMERICAN AIRLINES, INC.,
Alias EFG Corporation,
CONTINENTAL AIRLINES, INC.,
Alias HIJ Corporation,
UNITED AIR LINES, INC.,
Alias KLM Corporation,
CAPE AIR, INC.,
Alias NOP Corporation
US AIRWAYS, INC.,
Alias QRS Corporation
AMERICA WEST AIRLINES, INC.,
Alias TUV Corporation,
NEW ENGLAND AIRLINES, INC.
Alias WXY Corporation,
NORTHWEST AIRLINES, INC.,
Alias 123 Corporation,
SOUTHWEST AIRLINES, CO.,
Alias 456 Corporation
AIR CANADA, Alias 789 Corporation

C.A. NO.: 06-379T

**AMERICA WEST AIRLINES, INC.'S ANSWER TO COMPLAINT**

1. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 1 of the Plaintiff's Complaint.

2. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 2 of the Plaintiff's Complaint.

3. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7. Defendant, America West Airlines, admits the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8. The Defendant admits that it is a Delaware corporation with its principle place of business in Arizona and that it is currently authorized to do business in the State of Rhode Island. The Defendant denies the remainder of the allegations not otherwise admitted.

9. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 10 of the Plaintiff's Complaint.

11. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 11 of the Plaintiff's Complaint.

12. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 13 of the Plaintiff's Complaint.

14. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 16 of the Plaintiff's Complaint.

17. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 17 of the Plaintiff's Complaint.

18. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 19 of the Plaintiff's Complaint.

20. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 20 of the Plaintiff's Complaint.

21. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 21 of the Plaintiff's Complaint.

22. Defendant, America West Airlines, is without sufficient knowledge to admit or deny the allegations contained in paragraph 22 of the Plaintiff's Complaint.

**COUNT II**

1. – 15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 through 22 of Count I of the Plaintiff's Complaint.

16. Defendant, America West Airlines is without sufficient knowledge to admit or deny the allegations contained in paragraph 16 of Count II of the Plaintiff's Complaint.

17. Defendant, America West Airlines is without sufficient knowledge to admit or deny the allegations contained in paragraph 17 of Count II of the Plaintiff's Complaint.

18. Defendant, America West Airlines is without sufficient knowledge to admit or deny the allegations contained in paragraph 18 of Count II of the Plaintiff's Complaint.

19. Defendant, America West Airlines is without sufficient knowledge to admit or deny the allegations contained in paragraph 19 of Count II of the Plaintiff's Complaint.

20. Defendant, America West Airlines is without sufficient knowledge to admit or deny the allegations contained in paragraph 20 of Count II of the Plaintiff's Complaint.

21. Defendant, America West Airlines is without sufficient knowledge to admit or deny the allegations contained in paragraph 21 of Count II of the Plaintiff's Complaint.

**COUNT III**

1. – 18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 through 18 of Count I of the Plaintiff's Complaint.

19. – 24. This count is not directed at this defendant thus no response is required.

**COUNT IV**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.-21. This count is not directed at this defendant, thus no response is required.

**COUNT V**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT VI**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.-21. This count is not directed at this defendant, thus no response is required.

**COUNT VII**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT VIII**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.-21. This count is not directed at this defendant, thus no response is required.

**COUNT IX**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT X**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.-21. This count is not directed at this defendant, thus no response is required.

**COUNT XI**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT XII**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.-21. This count is not directed at this defendant, thus no response is required.

**COUNT XIII**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

**COUNT XIV**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

**COUNT XV**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT XVI**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.-21. This count is not directed at this defendant, thus no response is required.

**COUNT XVII**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT XVIII**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.-21. This count is not directed at this defendant, thus no response is required.

**COUNT XIX**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT XX**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.- 21. This count is not directed at this defendant, thus no response is required.

**COUNT XXI**

1.-18. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -18 of Count I of the Plaintiff's Complaint.

19.-24. This count is not directed at this defendant, thus no response is required.

**COUNT XXII**

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16.- 21. This count is not directed at this defendant, thus no response is required.

## COUNT XXIII

1.-15. America West Airlines reasserts and incorporates by reference herein each of its responses set forth in paragraphs 1 -15 of Count I of the Plaintiff's Complaint.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

WHEREFORE, America West Airlines respectfully requests that all counts against it be dismissed and that it be awarded costs, fees and any other relief deemed just and appropriate.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims against America West Airlines must fail because Plaintiff's damages were not proximately or actually caused by any acts or omissions of America West Airlines.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims against America West Airlines must fail because under third parties and/or conditions outside the control of America West Airlines caused Plaintiff's damages.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims against America West Airlines fail because of Plaintiff's assumption of the risk and/or comparative negligence.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against America West Airlines must fail in whole or in part due to Plaintiff's failure to mitigate her damages.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims against America West Airlines are barred by the doctrine of waiver and/or estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims against America West Airlines are barred as American West was not operating out of T.F. Green Airport at the time of the incident.

**SEVENTH AFFIRMATIVE DEFENSE**

America West Airlines reserves the right to assert additional affirmative defenses up until the time of trial.

The Defendant,
AMERICA WEST AIRLINES, INC.
By its Attorney,

/s/ Patrick B. Landers
Patrick B. Landers, R.I. Bar No. 4930
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 13th day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Stephen M. Rappoport, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

Timothy J. Duggan, Esq.
Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02062
tjd@dcclawyers.com

Gordon P. Cleary, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
gcleary@vetterandwhite.com

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
abatastini@eapdlaw.com

/s/ Patrick B. Landers
Patrick B. Landers, Esq.

**Certificate of Service**

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on September ___, 2006.

/s/ Carey Bertrand