**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY B. GOLD-DWARES

vs.

INTERNATIONAL RAM ASSOCIATES, LLC.,
Alias ABC Corporation,
AMERICAN AIRLINES, INC.,
Alias EFG Corporation,
CONTINENTAL AIRLINES, INC.,
Alias HIJ Corporation,
UNITED AIR LINES, INC.,
Alias KLM Corporation,
CAPE AIR, INC.,
Alias NOP Corporation
US AIRWAYS, INC.,
Alias QRS Corporation
AMERICA WEST AIRLINES, INC.,
Alias TUV Corporation,
NEW ENGLAND AIRLINES, INC.
Alias WXY Corporation,
NORTHWEST AIRLINES, INC.,
Alias 123 Corporation,
SOUTHWEST AIRLINES, CO.,
Alias 456 Corporation
AIR CANADA, Alias 789 Corporation

C.A. NO.: 06-379T

AMERICA WEST AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, America West Airlines, Inc. ("AWA") submits the following as its Corporate Disclosure Statement: AWA . is a wholly-owned subsidiary of America West Holdings Corporation, a publicly traded corporation. Other than America West Holdings Corporation, no publicly held corporation owns 10% or more of AWA.'s stock. In addition, no publicly held corporation owns 10% or more of America West Holdings Corporation.

Respectfully submitted,
AMERICA WEST AIRLINES, INC.,
By Its Attorney,

/s/ Patrick B. Landers
Patrick B. Landers, R.I. Bar No. 4930
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 13th day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Stephen M. Rappoport, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

Timothy J. Duggan, Esq.
Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02062
tjd@dcclawyers.com

Gordon P. Cleary, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
gcleary@vetterandwhite.com

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
abatastini@eapdlaw.com

/s/ Patrick B. Landers
Patrick B. Landers, Esq.