**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC.,<br>Alias ABC Corporation,<br>AMERICAN AIRLINES, INC.,<br>Alias EFG Corporation,<br>CONTINENTAL AIRLINES, INC.,<br>Alias HIJ Corporation,<br>UNITED AIR LINES, INC.<br>Alias KLM Corporation,<br>CAPE AIR, INC., Alias NOP Corporation,<br>US AIRWAYS, INC., Alias QRS Corporation,<br>AMERICA WEST AIRLINES, INC.,<br>Alias TUV Corporation,<br>NEW ENGLAND AIRLINES, INC.,<br>Alias WXY Corporation,<br>NORTHWEST AIRLINES, INC.,<br>Alias 123 Corporation,<br>SOUTHWEST AIRLINES, CO.,<br>Alias 456 Corporation,<br>AIR CANADA, Alias 789 Corporation<br><br>Defendants. | ) | C.A. No. 06-379T |

**PLAINTIFF'S AFFIDAVIT.**

I, Shirley B. Gold-Dwares, under oath, do hereby state the following:

1. On May 14, 2005, I was injured when, as a passenger in a wheelchair at TF Green Airport pushed by an employee of International Ram Associates, LLC to the Southwest Airlines baggage area, my left buttock was severely burnt when it made contact with a metal portion of the wheelchair.

2. The total amount of my medical expenses for these injuries is $2,723.00.

3. I was retired at the time the incident occurred and suffered no lost wages.

4. I have completely healed from my injuries without any permanent scarring.

5. I received medical treatment for approximately six weeks after the incident.

6. I am aware that a demand was submitted for resolution of this matter in the amount of $37,500.00.

_____/s/_Shirley B. B. Gold-Dwares
Shirley B. Gold-Dwares

Providence, S.C.

On this18 th day of September 2006, a person known to me to be Shirley B. Gold-Dwares, did appear before me and under oath make the above statements of her free will and deed.

___/s/ Wayne Tso_________________
Notary Public #38195
My Commission Expires: 11/03/09