UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES, Plaintiff | ) | C.A. No. 06-379T |
| v. | ) | |
| INTERNATIONAL RAM ASSOCIATES, LLC, Alias ABC Corporation, et al., Defendants | ) | ENLARGEMENT STIPULATION |

Plaintiff and defendant American Airlines, Inc. hereby agree that defendant American Airlines, Inc.'s time to answer or otherwise respond to plaintiff's Complaint is enlarged up to and including September 29, 2006.

/s/ Sonja L. Deyoe
Stephen M. Rappoport, Esq., No. 1250
Sonja L. Deyoe, Esq., No. 6301
RAPPOPORT, DEGIOVANNI & CASLOWITZ, INC.
Attorneys for Plaintiff
989 Waterman Avenue
East Providence, Rhode Island 02914
(401) 437-3000
(401) 437-3037 FAX
sldeyoe@fullchannel.net

/s/ Gordon P. Cleary
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE
Attorneys for Defendant American Airlines, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: September 21, 2006

CERTIFICATE OF SERVICE

To:

Stephen M. Rappoport, Esq.
Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
abatastini@eapdlaw.com

Timothy J. Duggan, Esq.
Duggan & Caccavaro
520 Providence Highway – Suite 4
Norwood, MA 02062
tjd@dcclawyers.com

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

I hereby certify that I electronically filed this stipulation on September 21, 2006. The stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary