# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES, Plaintiff, | ) | |
| v. | ) | C.A. No. 06-379 T |
| INTERNATIONAL RAM ASSOCIATES, LLC., Alias ABC Corporation, *et al.* Defendants. | ) | |

**SUPPLEMENTAL AFFIDAVIT OF WILLIAM BENDOKAS**

I, William Bendokas, being duly sworn, do depose and state as follows:

1. I am the President of New England Airlines, Inc. ("New England"). As such, I have personal knowledge of all facts attested to herein unless otherwise stated.

2. New England does not own or control any wheelchairs at Theodore Francis Green Airport ("T.F. Green").

William Bendokas

STATE OF RHODE ISLAND
COUNTY OF

Subscribed and sworn to, before me, this 21 day of September, 2006.

Notary Public
My Commission Expires: JILLIAN DEAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8-22-09