UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY B. GOLD-DWARES,
Plaintiff,

v.

INTERNATIONAL RAM ASSOCIATES, LLC, Alias ABC Corporation, AMERICAN AIRLINES, INC., Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIRLINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS INC., Alias QRS Corporation, AMERICA WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, and AIR CANADA, Alias 789 Corporation,
Defendants.

C.A. NO. 06-379T

**DEFENDANT, SOUTHWEST AIRLINES, CO.'S ANSWER AND JURY DEMAND**

Now comes the defendant, Southwest Airlines Co. ("defendant") and hereby answers the plaintiff, Shirley Gold-Dwares's ("plaintiff") Complaint paragraph by paragraph as follows:

**COUNT I**

1. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

2. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

3. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

4. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

5. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

6. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

7. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

8. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

9. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

10. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended

to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

11. Admitted.

12. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

13. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

14. The allegations contained in this paragraph are allegations of law to which no response is required and none is given.

15. To the extent that the allegations in this paragraph are allegations of law, no response is required and none is given. As to the remainder of the paragraph, defendant is without sufficient information or knowledge to admit or deny the allegations contained in said paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

16. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

17. The allegations contained in this paragraph are allegations of law to which no response is required and none is given.

18. The allegations in this paragraph are directed towards another defendant. As such, no response is required and none is given. To the extent that the allegations contained in this paragraph are intended to allege liability and/or wrongdoing against the defendant, they are expressly denied.

19. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

20. The allegations in this paragraph are directed towards another defendant. As such, no response is required and none is given. To the extent that the allegations contained in this paragraph are intended to allege liability and/or wrongdoing against the defendant, they are expressly denied.

21. The allegations in this paragraph are directed towards another defendant. As such, no response is required and none is given. To the extent that the allegations contained in this paragraph are intended to allege liability and/or wrongdoing against the defendant, they are expressly denied.

22. The allegation contained in this paragraph is an allegation of law to which no response is required and none is given.

WHEREFORE, the defendant, Southwest Airlines Co. demands a judgment in its favor including costs and such further relief as this Court may deem just and proper.

**COUNTS II-XVIII**

Counts II-XVIII are directed towards another defendant. As such, no response is required and none is given. To the extent that the allegations contained in Counts II-XVIII are intended to allege liability and/or wrongdoing against the defendant, they are expressly denied.

WHEREFORE, the defendant, Southwest Airlines Co. demands a judgment in its favor including costs and such further relief as this Court may deem just and proper.

**COUNT XIX**

1-18. Defendant repeats its answers to Paragraphs 1-18 of Count I and incorporates them by reference as if fully stated herein.

19. Denied.

20. The allegations contained in this paragraph are allegations of law to which no response is required and none is given.

21. Denied.

22. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

23. Denied.

24. Denied.

WHEREFORE, the defendant, Southwest Airlines Co. demands a judgment in its favor including costs and such further relief as this Court may deem just and proper.

**COUNT XX**

1-15. Defendant repeats its answers to Paragraphs 1-15 of Count I and incorporates them by reference as if fully stated herein.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

WHEREFORE, the defendant, Southwest Airlines Co. demands a judgment in its favor including costs and such further relief as this Court may deem just and proper.

**COUNTS XXI-XXII**

Counts XXI-XXII are directed towards other defendants. As such, no response is required and none is given. To the extent that the allegations contained in Counts XXI-XXII are intended to allege liability and/or wrongdoing against the defendant, they are expressly denied.

**COUNT XXIII**

1-15. Defendant repeats its answers to Paragraphs 1-15 of Count I and incorporates them by reference as if fully stated herein.

16. Denied.

17. The allegations contained in this paragraph are allegations of law to which no response is required and none is given.

18. Denied.

19. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in this paragraph and calls upon the plaintiff to prove the same. To the extent that the allegations contained in this paragraph are intended to allege any liability or wrongdoing on the part of the defendant, they are expressly denied.

20. Denied.

21. Denied.

WHEREFORE, the defendant, Southwest Airlines Co. demands a judgment in its favor including costs and such further relief as this Court may deem just and proper.

## DEFENSES

### FIRST DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The defendant denies each and every allegation of negligence in the complaint.

### THIRD DEFENSE

The plaintiff is barred from recovery because she knowingly and voluntarily assumed the risk of her injuries.

### FOURTH DEFENSE

The plaintiff is barred from recovery because she was not in the exercise of due care at the time of the incident and her own conduct, either standing alone or combined with the negligence and/or misconduct of others, was the sole proximate cause of her injuries.

### FIFTH DEFENSE

The plaintiff's injuries were caused by acts or omissions of persons over whom the defendant exercised no control and for whose conduct they bear no responsibility.

**SIXTH DEFENSE**

The defendant had no notice or reason to know of the alleged defect or condition that allegedly caused the plaintiff's injuries.

**SEVENTH DEFENSE**

The plaintiff is guilty of contributory negligence and her damages, if any, recovered by her from the defendants should be reduced in proportion to the said negligence of the plaintiff in accordance with the applicable provisions of the comparative negligence statute, R.I.G.L. § 9-20-04.

**EIGHTH DEFENSE**

The plaintiff's claims may be barred due to insufficient process and insufficient service of process.

**NINTH DEFENSE**

Any alleged act or omission attributed to the defendant was not the proximate cause of the plaintiff's injury.

**TENTH DEFENSE**

The defendant was not negligent and did not breach any duty of care owed to the plaintiff.

**ELEVENTH DEFENSE**

Defendant hereby gives notice that it intends to rely upon such other defenses as may become available or appear during the discovery proceedings in this case and hereby reserves its right to amend its answer to assert any such defenses accordingly.

**JURY DEMAND**

The defendant demands a trial by jury on all applicable issues raised herein.

**SOUTHWEST AIRLINES CO.**

______________________________
Timothy J. Duggan, Esq.
Bar No. 4574
Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02062
(781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served on September , 2006 via first class mail, postage prepaid, upon:

Stephen M. Rappoport, Esq.
Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net
sldeyoe@fullchannel.net

Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
gcleary@vetterandwhite.com

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

Patrick Landers, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
patrick.landers@wilsonelser.com

Armando E. Batastini, Esq.
Caroline F. Turcotte, Esq.
Edward, Angel Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
abatastini@eapdlaw.com
cfturcotte@eapdlaw.com

Timothy J. Duggan