UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY B. GOLD-DWARES,<br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC, Alias ABC Corporation, AMERICAN AIRLINES, INC., Alias EFG Corporation, CONTINENTAL AIRLINES, INC., Alias HIJ Corporation, UNITED AIRLINES, INC., Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS INC., Alias QRS Corporation, AMERICA WEST AIRLINES, INC., Alias TUV Corporation, NEW ENGLAND AIRLINES, INC., Alias WXY Corporation, NORTHWEST AIRLINES, INC., Alias 123 Corporation, SOUTHWEST AIRLINES, CO., Alias 456 Corporation, and AIR CANADA, Alias 789 Corporation,<br>Defendants. | C.A. NO. 06-379T |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendant Southwest Airlines, Co. in the above captioned matter.

**SOUTHWEST AIRLINE, CO.**,

\s\Timothy J. Duggan
Timothy J. Duggan, Esq.
Bar No. 4574
Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02062
(781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served on September , 2006 via first class mail, postage prepaid, upon:

Stephen M. Rappoport, Esq.
Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net
sldeyoe@fullchannel.net

Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
gcleary@vetterandwhite.com

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

Patrick Landers, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
patrick.landers@wilsonelser.com

Armando E. Batastini, Esq.
Caroline F. Turcotte, Esq.
Edward, Angel Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
abatastini@eapdlaw.com
cfturcotte@eapdlaw.com

\s\Timothy J. Duggan