UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY B. GOLD-DWARES, Plaintiff | ) | C.A. No. 06-379T |
| v. | ) | |
| INTERNATIONAL RAM ASSOCIATES, LLC, Alias ABC Corporation, et al., Defendants | ) | |

WITHDRAWAL OF APPEARANCE

Timothy J. Duggan having entered his appearance for American Airlines, Inc. on September 29, 2006, Gordon P. Cleary and Vetter & White hereby withdraw their appearance for American Airlines, Inc.

/s/ Gordon P. Cleary
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: October 2, 2006

## CERTIFICATE OF SERVICE

To:

Stephen M. Rappoport, Esq.
Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
abatastini@eapdlaw.com

Timothy J. Duggan, Esq.
Duggan & Caccavaro
520 Providence Highway – Suite 4
Norwood, MA 02062
tjd@dcclawyers.com

Howard A. Merten, Esq.
Lisa M. Martinelli, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903
hm@psh.com
lmm@psh.com

I hereby certify that I electronically filed this Withdrawal of Appearance on October 2, 2006. The Withdrawal of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary