# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY B. GOLD-DWARES,<br>Plaintiff<br><br>v.<br><br>INTERNATIONAL RAM ASSOCIATES, LLC Alias ABC Corporation, AMERICAN AIRLINES, INC. Alias EFG Corporation; CONTINENTAL AIRLINES, INC. Alias HIJ Corporation, UNITED AIR LINES, INC. Alias KLM Corporation, CAPE AIR, INC., Alias NOP Corporation, US AIRWAYS INC. Alias QRS Corporation, AMERICA WEST AIRLINES, INC. Alias TUV Corporation, NEW ENGLAND AIRLINES, INC. Alias WXY Corporation, NORTHWEST AIRLINES, INC. Alias 123 Corporation, SOUTHWEST AIRLINES, CO. Alias 456 Corporation, AIR CANADA ALIAS 789 Corporation,<br>Defendants | C.A. No. 06-379 T |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Howard A. Merten and Lisa M. Martinelli hereby withdraw their appearance on behalf of Defendant United Air Lines, Inc.

/s/ Lisa M. Martinelli
Howard A. Merten (#3171)
Lisa M. Martinelli (#6350)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
hm@psh.com
lmm@psh.com

DATED: December 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2006, the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was electronically filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Sonja L. Deyoe, Esq. / Rappoport, DeGiovanni & Caslowitz, Inc.
Armando E. Batastini, Esq. / Edwards Angell Palmer & Dodge LLP
Caroline F. Turcotte, Esq. / Edwards Angell Palmer & Dodge LLP
Gordon P. Cleary, Esq. / Vetter & White
Patrick D. Landers, Esq. / Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Timothy J. Duggan, Esq. / Duggan & Caccavaro

/s/ Lisa M. Martinelli

889699_1/5463-2