**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY B. GOLD-DWARES

Plaintiff,

v. C.A. No. 06-379T

INTERNATIONAL RAM ASSOCIATES, LLC., et al

Defendants

**ORDER**

For reasons stated in open Court on December 15, 2006, the motion by defendant US Airways, Inc. to drop co-defendant New England Airlines, Inc. as a misjoined party is denied and the plaintiff's motion to remand the case is granted.

By Order:

Deputy Clerk

ENTER:

Senior Judge Ernest C. Torres
Date: 12/20/06